NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  SONY GROUP CORPORATION, SONY SEMICONDUCTOR MANUFACTURING CORP., SONY CORPORATION, SONY SEMICONDUCTOR SOLUTIONS CORP.,**
*Petitioners*

---

2023-138

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:22-cv-00178-RSP, Magistrate Judge Roy S. Payne.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of Petitioners' unopposed motion to voluntarily dismiss this petition pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is dismissed.

2                                              IN RE: SONY GROUP CORPORATION


   (2)  Each side shall bear its own costs.

                                            FOR THE COURT

   July 19, 2023                            /s/ Jarrett B. Perlow
       Date                                 Jarrett B. Perlow
                                            Clerk of Court